AO91 (Rev. 8/01)   Criminal Complaint

# UNITED  STATES  DISTRICT  COURT

## SOUTHERN                    DISTRICT OF                    TEXAS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| **V.** | |
| **Jayro ORELLANA**<br>**Conguaco, JUTIAPA**<br>**Guatemala** | Case Number: L-13-PO7370 |

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief.  On or about     **May 18, 2013**     in     **Webb**     County, in the     **Southern**     District of     **Texas**     **Jayro ORELLANA**     defendant(s), an alien, did unlawfully enter and attempt to enter the United States at a place other than designated by immigration officer

in violation of Title(s)     **8**     United States Code, Section(s)     **1325(a)(1)**

I further state that I am a(n)     **Border Patrol Agent**     and that this complaint is based on the following facts:  Based on statements of the accused and records of the U.S. Department of Homeland Security.

Furthermore, it is based on verbal statements by, Jayro ORELLANA, who admitted to being a citizen of Guatemala, who entered or attempted to enter illegally into the United States by wading the Rio Grande River near, Laredo, Texas, thus avoiding immigration inspection, nor having proper documents to enter, travel through, or remain in the United States.  This illegal entry or attempted entry took place on May 18, 2013

Continued on the attached sheet and made a part of this complaint:     ☐ Yes     ☒ No

|  |
|---|
| _____ /S/ |
| Signature of Complainant |
| Martin Osorio |
| Printed Name of Complainant |

Sworn to before me and signed in my presence,

May 24, 2013 _____     at     Laredo, Texas _____
Date                                                                                          City and State

J. Hacker _____, U.S. Magistrate Judge     _____
Name and Title of Judicial Officer                                          Signature of Judicial Officer